**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAMES DAVID RENFROE,

Petitioner,

v.

RAFAEL ACEVEDO, Warden,

Respondent.

Case No. 5:25-cv-01106-MWC-AJR

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 20, 2026

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE